# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARSLAN CHARYEV7; SELBI CHARYEVA7; & E.C., a minor, by and through parent Arslan Charyev7,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services; DANIELLE LEHMAN, Director of the San Francisco Asylum Office, United States Citizenship and Immigration Services; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Case No. 2:25-cv-01883-JHC<br><br>JOINT STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND |

COMES NOW Plaintiffs, by and through their counsel, Bart Klein, and Defendants, by and through their counsel, Charles Neil Floyd, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to LCR 7(j), and hereby jointly stipulate and request that the Court extend the deadline for

JOINT STIPULATION AND ORDER
EXTENDING DEADLINE TO RESPOND
[2:25-cv-01883-DWC] - 1

Defendants to respond to Plaintiffs' Complaint for 90 days following Plaintiffs' upcoming interview.

WHEREAS this is an action to compel Defendants to adjudicate Plaintiffs' I-589 Applications for Asylum and for Withholding of Removal. Dkt. 1.

WHEREAS Defendants are currently adjudicating Plaintiffs' applications and have scheduled Plaintiffs for an interview on January 13, 2026.

WHEREAS the parties agree that the ongoing administrative action may moot this lawsuit and wish to continue efforts to administratively resolve Plaintiffs' claims. The parties agree to a 90-day extension of Defendants' deadline to respond to Plaintiffs' Complaint following their interviews.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby jointly stipulate and agree, and respectfully request, that the Court make and enter the following order:

Defendant's deadline to respond to Plaintiffs' Amended Complaint is extended until April 13, 2026.

SO STIPULATED.
DATED this 5th day of December, 2025.

CHARLES NEIL FLOYD
United States Attorney

 /s Kristin B. Johnson
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail   kristin.b.johnson@usdoj.gov
*Attorney for the United States*

SO STIPULATED.

DATED this 5th day of December, 2025.

s/ Bart Klein
BART KLEIN WSBA# 10909
Law Offices of Bart Klein
605 First Avenue, #500
Seattle, Washington 98104
Phone: 206-755-5651
Email:  bart.klein@bartklein.com
*Attorney for Plaintiffs*

*I certify that this memorandum contains 193 words, in compliance with the Local Civil Rules*.

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of December, 2025.

_____
JOHN H. CHUN
United States District Judge

JOINT STIPULATION AND ORDER
EXTENDING DEADLINE TO RESPOND
[2:25-cv-01883-DWC] - 3