UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARSLAN CHARYEV7, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, *et al.*,

Defendants.

Case No. 2:25-cv-01883-JHC

STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE, WITH EACH PARTY TO BEAR THEIR OWN COSTS

Noted for Consideration:
Today, August 14, 2026

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the voluntary dismissal of this case without prejudice, with each party to bear their own costs. The relief requested has been granted.

Dated this 14th day of August 2026.

Respectfully submitted,

*/s/ Bart Klein*
BART KLEIN, WSBA #10909
Law Offices of Bart Klein
605 First Avenue, Suite 500
Seattle, Washington 98104
Cell: (206) 755-5651
Office: (206) 624-3787
E-mail: bart.klein@bartklein.com
Attorney for Plaintiffs
*I certify that this memorandum contains 34 words in compliance with the Local Civil Rules.*

*/s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Email: kristin.b.johnson@usdoj.gov
Attorney for the United States

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice, with each party to bear their own costs.

DATED this 14th day of August, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge